# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Travis L. Wedmore, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Brian Jorgenson et. al., | ) | Case No.1:14-cv-149 |
| | ) | |
| Defendants. | ) | |

On October 6, 2016, plaintiff filed a motion to compel production of/access to "Institutional Records from the DOCR in regards to Claims 3." (Docket No. 53). He requests access to "all the records kept on that incident (while in the observation room)" for the dates of May 12-14, 2014, and "all the notes that Officers kept on me while I was in Observation" from May 12-15, 2014.

On October 21, 2016, defendants filed a response to plaintiff's motion. They advise: (1) they recently obtained a State court order allowing them to release certain documents they had previously withheld pursuant to N.D.C.C. § 12-47-36(2); (2) they are preparing to send plaintiff documents relating to plaintiff's stay in observation from May 12-15; and (3) will supplement their answers to plaintiff's earlier production requests with documentation relating to plaintiff's instant request for officers' notes.

As it appears that defendants are in the process of providing plaintiff with the documentation responsive to his requests, the court deems plaintiff's motion (Docket No. 53) **MOOT**.

**IT IS SO ORDERED.**

Dated this 26th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court