# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Travis L. Wedmore, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Brian Jorgenson et. al., | ) Case No. 1:14-cv-149 |
| Defendants. | ) |

On October 25, 2016, plaintiff filed a motion for extension of time. Therein, he makes passing reference to discovery requests that were the subject of previous motions to compel addressed by the court. He then goes on to request the court that it "[p]lease extend the time from Oct. 31st to November 20, 2016."

Plaintiff does not explicitly identify which pretrial deadline he is to extend. Presumably, he is referring refers is the dispositive motion deadline as it the only one that is lapsing on October 31, 2016.

The court **GRANTS** plaintiff's motion (Docket No. 57) insofar as it pertains to an extension of the disposition motion deadline. The parties shall have until November 20, 2016, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court