# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Travis L. Wedmore, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Brian Jorgenson, et. al., | ) | Case No. 1:14-cv-149 |
| Defendants. | ) | |

Before the court is a request by plaintiff for an additional two weeks "do [his] 'exhibit list,' study 'case law,' and gather evidence to prepare [his] arguments."

The court recently extended the dispositive motion deadline at plaintiff's request from October 31, 2016, until November 20, 2016. To ensure everyone has sufficient time to address dispositive motions when they are filed, the court shall by separate order postpone the final pretrial conference set for January 31, 2017, and trial set for February 14, 2017. Plaintiff's request for an additional two weeks to prepare (Docket No. 61) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court