# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Travis L. Wedmore, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Brian Jorgenson, et. al., | ) | Case No. 1:14-cv-149 |
| Defendants. | ) | |

The court recently extended the dispositive motion deadline at plaintiff's request from October 31, 2016, until November 20, 2016. To ensure everyone has sufficient time to address dispositive motions when they are filed, the court shall postpone the final pretrial conference set for January 31, 2017, and trial set for February 14, 2017.

Accordingly, the final pretrial conference and trial are cancelled. Both shall be rescheduled as necessary at a later date and time.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court